IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DANIELLE DEVONA JONES,**

    **Petitioner,**

v.	Case No. 4:23-cv-365-AW-MAL

**WARDEN GABBY,**

    **Respondent.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having considered the magistrate judge's October 24, 2023 report and recommendation, to which there has been no objection, I have determined that dismissal is appropriate. The report and recommendation (ECF No. 21) is adopted and incorporated into this order.

The clerk will enter a judgment that says, "This case is dismissed without prejudice." The clerk will then close the file.

SO ORDERED on December 11, 2023.

                                            s/ *Allen Winsor*
                                            United States District Judge